**Timothy W. Snider**, OSB No. 034577
timothy.snider@stoel.com
**Nathan Brunette**, OSB No. 090913
nathan.brunette@stoel.com
**STOEL RIVES LLP**
760 S.W. Ninth Ave., Suite 3000
Portland, OR 97205
Telephone: (503) 294-9557

**Floyd A. Mandell** (admitted *pro hac vice*)
floyd.mandell@kattenlaw.com
**Julia L. Mazur** (admitted *pro hac vice*)
julia.mazur@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, an Oregon corporation; **ADIDAS AG**, a foreign entity; **ADIDAS INTERNATIONAL MARKETING B.V.**, a foreign entity,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**FOREVER 21 INC.**, a Delaware corporation, et al.,<br><br>　　　　　Defendants. | No. 3:17-cv-00377-YY<br><br>**Joint Status Report and Motion to Stay Case** |

Page 1 – Joint Status Report and Motion to Stay Case

## LOCAL RULE 7-1 CERTIFICATION

Plaintiffs adidas America, Inc., adidas AG, and adidas International Marketing B.V. (collectively, "adidas"), together with defendant O&K, Inc. d/b/a One Clothing ("One Clothing") (collectively, "Defendants") have conferred and jointly submit the following.

## REQUEST TO STAY THE CASE FOR 14 DAYS

In response to the Court's Order dated September 21, 2023 (Dkt. 257), One Clothing and adidas have continued their settlement discussions and have reached an agreement. The agreement has been finalized and the parties are in the process of obtaining the necessary signatures.

The parties respectfully request additional time to have the settlement agreement fully executed. Judicial economy and fairness are best served by staying the case, and the parties are not making this request for the purpose of unwarranted delay. To the contrary, the parties remain focused on bringing this suit to a close. Once the settlement agreement is fully executed, a motion to dismiss the case with prejudice will be filed.

For all of the foregoing reasons, adidas and One Clothing respectfully and jointly request that the Court stay the case for an additional fourteen (14) days.

Dated: October 6, 2023

Respectfully submitted,

*/s/R. Charles Henn Jr.*
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE, LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

R. Charles Henn Jr. (*pro hac vice*)
chenn@kilpatricktownsend.com
Nichole D. Chollet (*pro hac vice*)
nchollet@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500

*Attorneys for Plaintiffs*

*/s/Julia L. Mazur*

Timothy W. Snider, OSB No. 034577
Nathan C. Brunette, OSB No. 090913
STOEL RIVES LLP

Floyd A. Mandell (*pro hac vice*)
Julia L. Mazur (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Joint Status Report and Motion to Stay Case** on the following named person(s) on the date indicated below by

    _    mailing with postage prepaid

    _    hand delivery

    _    facsimile transmission

    _    overnight delivery

    _    email

    X    notice of electronic filing using the CM/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

| | |
|---|---|
| **Floyd A. Mandell** (admitted *pro hac vice*)<br>floyd.mandell@kattenlaw.com<br>**Julia L. Mazur** (admitted *pro hac vice*)<br>julia.mazur@kattenlaw.com<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe St.<br>Chicago, IL 60661<br>Telephone: (312) 902-5200 | **Timothy W. Snider**, OSB No. 034577<br>timothy.snider@stoel.com<br>**Nathan Brunette**, OSB No. 090913<br>nathan.brunette@stoel.com<br>**STOEL RIVES LLP**<br>760 S.W. Ninth Ave., Suite 3000<br>Portland, OR 97205<br>Telephone: (503) 294-9557 |

DATED: October 6, 2023.

                                                                                  /s/*R. Charles Henn Jr.*