Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

R. Charles Henn Jr. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
Nichole D. Chollet (admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, an Oregon corporation; **ADIDAS AG**, a foreign entity; **ADIDAS INTERNATIONAL MARKETING B.V.**, a foreign entity,<br><br>        Plaintiffs,<br><br>    v.<br><br>**FOREVER 21 INC.**, a Delaware corporation, et al.,<br><br>        Defendants. | No. 3:17-cv-00377-YY<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT O&K, INC. D/B/A ONE CLOTHING, ON CONSENT** |

1- PERMANENT INJUNCTION AGAINST DEFENDANT
O&K, INC. D/B/A ONE CLOTHING, ON CONSENT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Having considered the Second Amended Complaint on file in this action, and Defendant O&K, Inc. d/b/a One Clothing ("One Clothing") having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1. Plaintiffs adidas America, Inc., adidas AG, and adidas International Marketing B.V. (collectively, "adidas" or "Plaintiffs") own and use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by numerous valid U.S. Trademark Registrations, including Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, 3,236,505, 3,842,177, 3,846,203 and 4,910,643.

2. On October 13, 2017, adidas filed its Second Amended Complaint in this action, claiming, *inter alia*, that One Clothing was designing, sourcing, manufacturing, distributing, marketing, promoting, offering for sale, and/or selling the apparel depicted below, which adidas alleges bears a confusingly similar imitation of adidas's federally registered Three-Stripe Mark (the "Disputed Apparel"):




2- PERMANENT INJUNCTION AGAINST DEFENDANT
O&K, INC. D/B/A ONE CLOTHING, ON CONSENT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

3. One Clothing accepted service of the Summons and Second Amended Complaint on November 22, 2017, and filed its Answer and Affirmative Defenses in Response to Second Amended Complaint on January 8, 2018, denying all liability.

4. The Court has jurisdiction over the subject matter of this action and, for purposes of this action and with the consent of One Clothing, over One Clothing, and venue in this action is proper in this judicial district.

Accordingly, **IT IS HEREBY ORDERED** that:

1. One Clothing and all of its successors and assigns, are **PERMANENTLY ENJOINED and RESTRAINED**, from:

    a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Disputed Apparel; and

    b. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any other apparel bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including, without limitation, any apparel with one additional stripe (i.e., four stripes) or less one of the three stripes (i.e., two stripes).

2. This Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

3. The Clerk shall enter final judgment for Plaintiffs as to all claims asserted against One Clothing in adidas's Second Amended Complaint, with Plaintiffs and One Clothing each bearing its own costs, including attorneys' fees.

IT IS SO ORDERED.

3- PERMANENT INJUNCTION AGAINST DEFENDANT
O&K, INC. D/B/A ONE CLOTHING, ON CONSENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

This 12 day of October, 2023.

*Michael W. Mosman*
**MICHAEL W. MOSMAN**
United States District Judge

CONSENTED TO BY:

**DEFENDANT O&K, INC. D/B/A ONE CLOTHING**

By: _____
Name: Henry Lee
Title: Vice President
Date: Oct 5, 2023

**ALL PLAINTIFFS**

By: _____
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

R. Charles Henn Jr. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
Nichole D. Chollet (admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500

Attorneys for Plaintiffs

4- PERMANENT INJUNCTION AGAINST DEFENDANT O&K, INC. D/B/A ONE CLOTHING, ON CONSENT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222